

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–55–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ROSEANN ROBYN KIPP, | |
| Defendant. | |

IT IS ORDERED that the deadline by which the probation officer shall disclose the presentence report (excepting any recommendations of the probation officer) to the defendant, counsel for the defendant, and counsel for the government is extended to include **January 2, 2019**. This Court's November 1, 2018 Order, (Doc. 11), remain in full force and effect in all other respects.

DATED this 21st day of December, 2018.

Donald W. Molloy, District Judge
United States District Court